IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN WATSON ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 11-1762 |
| NATIONWIDE MUTUAL INSURANCE : | |
| COMPANY | |

**O R D E R**

**AND NOW**, this   13th   day of    June    , 2012, upon consideration of Defendant Nationwide Mutual Insurance Company's Motion for Partial Summary Judgment (ECF No. 17), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**.  Count II of Plaintiffs' Complaint is **DISMISSED**.

   **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**